# BARSHAY|SANDERS<sub>PLLC</sub>
ATTORNEYS & COUNSELORS AT LAW

BARSHAY SANDERS PLLC
COUNSELORS AT LAW
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-281-7601
WWW.BARSHAYSANDERS.COM

February 29, 2016

***Via ECF Only***
Hon. A. Kathleen Tomlinson
U. S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  Re: *Willie Guerrero, et al., v. GC Services Limited Partnership*
    *Docket No: 2:15-cv-06103-DRH-AKT*

Dear Judge Tomlinson:

  This office represents Plaintiff concerning the above referenced matter. Kindly allow this as a response to Defendant's letter request to appear telephonically for the initial conference on March 9, 2016.

  As Defendant is well aware, this case is not limited to $1,000. This is a proposed class action for which Plaintiff will be seeking certification at the conclusion of class discovery. Additionally, while Plaintiff does not object to Defendant's request to appear telephonically, Plaintiff has been attempting since February 11, 2016, to meet and confer with Defendant and submit a proposed scheduling order for the initial conference. Defendant has yet to respond. As such, to the extent that the Court grants Defendant's request, it is respectfully requested that the Court Order Defendant to respond to Plaintiff's proposed scheduling order.

            Very truly yours,

            /s David M. Barshay
            David M. Barshay

cc: All parties via ECF system