**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
WILLIAM GUERRERO, Individually and
on Behalf of all others Similarly Situated,

                      Plaintiff,                      **ORDER**

      -against-                    CV 15-6103 (DRH) (AKT)

GC SERVICES LIMITED PARTNERSHIP,

                      Defendant.
----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court is in receipt of Defendant's letter motion filed on February 29, 2016 [DE 15] as well as Plaintiff's opposition [DE 16] filed on the same date.  The Court points out to Defendant's counsel that, in accordance with Section I. C. of the Initial Conference and Case Management Order, lead counsel who will be handling this matter is required to be present for each and every appearance.  Indeed, Section I. C. clearly states that "[c]ounsel for each represented party must appear in person for the Initial Conference at the date and time indicated[.]"  Initial Conference and Case Management Order at Section I. C.  As such, Defendant's motion to appear by telephone is DENIED.

                                              **SO ORDERED**

Dated: Central Islip, New York
       March 1, 2016

                                       /s/ A. Kathleen Tomlinson
                                       A. KATHLEEN TOMLINSON
                                       United States Magistrate Judge